UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK WILSON,

        Petitioner,

  v.

LEANNA LUNDY,

        Respondent.

Case No. 24-cv-04258-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Patrick Wilson's petition was dismissed with leave to amend because it did not appear on this Court's form. (Dkt. No. 8.)  Also, his application to proceed in forma pauperis was denied and he was ordered to submit full payment for the $5.00 filing fee. (*Id.*)  Despite this Order and being sent a blank petition form, Wilson has not complied with my Order.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Rule 41(b) for failure to prosecute and for failure to comply with my Order.

Because this dismissal is without prejudice, Wilson may file a motion to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) be accompanied by an amended petition on this Court's form; <u>and</u> (iii) be accompanied by full payment for the $5.00 filing fee.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:**  November 5, 2024



WILLIAM H. ORRICK
United States District Judge